| | |
|---|---|
| From: | Butch Decossas [bdecossas@gmail.com] |
| Sent: | 11/1/2012 6:59:10 PM |
| To: | 'DomainNameSales.com' [domainnamesales+txJp1An4HYT+mh=IRx@domainnamesales.com] |
| Subject: | RE: DomainNameSales: Message about russianhair.com |

We would be willing to sell this domain for $7,500.

**From:** DomainNameSales.com [mailto:domainnamesales+txJp1An4HYT+mh=IRx@domainnamesales.com] **On Behalf Of** DomainNameSales.com
**Sent:** Thursday, November 01, 2012 2:06 PM
**To:** bdecossas@gmail.com
**Subject:** DomainNameSales: Message about russianhair.com

Message from Christina at DomainNameSales.com

> Notes   Hello, I got a call on your name today. The buyer is looking for pricing. Are you willing to provide pricing for the name?
> Thank you,
> Christina

# russianhair.com

| | |
|---:|---|
| Revenue Rank | 0 |
| Traffic Rank | 0 |
| Total Names | 3,210 |
| Estibot High/Low | 0 / 0 |
| Avg Monthly Revenue | $0.00 |
| Avg Daily Traffic | 0.00 |
| Rev per Unique | $0.00 |
| Total Inquiries | 3 |

*Why Build a Brand When You Can Buy One?*
www.DomainNameSales.com
Searchable Database of over 1,300,000 names

[txJp1An4HYT]

| | |
|---|---|
| **From**: | Butch Decossas [bdecossas@gmail.com] |
| **Sent**: | 11/2/2012 7:27:26 PM |
| **To**: | 'DomainNameSales.com' [domainnamesales+txJp1An4HYT+mh=IRx@domainnamesales.com] |
| **Subject**: | RE: DomainNameSales: Message about russianhair.com |

We appreciate his offer, but we must decline at this time. Please send our regards.

**From:** DomainNameSales.com [mailto:domainnamesales+txJp1An4HYT+mh=IRx@domainnamesales.com] **On Behalf Of** DomainNameSales.com
**Sent:** Friday, November 02, 2012 3:18 PM
**To:** bdecossas@gmail.com
**Subject:** DomainNameSales: Message about russianhair.com

Message from Christina at DomainNameSales.com

Notes   Hi. I have an offer of $6500 for you. He is telling me he can't go any higher. Thanks!

# russianhair.com

| | |
|---|---|
| Revenue Rank | 0 |
| Traffic Rank | 0 |
| Total Names | 3,210 |
| Estibot High/Low | 0 / 0 |
| Avg Monthly Revenue | $0.00 |
| Avg Daily Traffic | 0.00 |
| Rev per Unique | $0.00 |
| Total Inquiries | 3 |

*Why Build a Brand When You Can Buy One?*
www.DomainNameSales.com
Searchable Database of over 1,300,000 names

[txJp1An4HYT]