[jiffyord] [Bench Order +]

ORDERED.

Dated:  August 13, 2020

_Catherine M. Ewen_
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

The Producers, Inc.

_____Debtor*_____/

Case No.
8:19–bk–08638–CPM
Chapter 7

**ORDER DENYING MOTION FOR RECONSIDERATION, OR IN THE ALTERNATIVE, CLARIFICATION OF ORDER APPROVING APPLICATION TO EMPLOY/RETAIN JEFFREY M. GABRIEL AND SAW.COM AS DOMAIN NAME BROKER AND PORTFOLIO MANAGER**

THIS CASE came on for hearing on  August 13, 2020 , for consideration of the **Motion for Reconsideration, or in the Alternative, Clarification of Order Approving Application to Employ/Retain Jeffrey M. Gabriel and Saw.com as Domain Name Broker and Portfolio Manager** (Doc. **319** ), filed by **Petitioning Creditor DNC Holdings, Inc.** .

For the reasons stated orally and recorded in open court, the Motion for Reconsideration, or in the Alternative, Clarification of Order Approving Application to Employ/Retain Jeffrey M. Gabriel and Saw.com as Domain Name Broker and Portfolio Manager is Denied .

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney Scott Underwood is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

Approved for entry.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.