**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| The Producers, Inc., | Case No.: 8:19-bk-08638-CPM |
| | Chapter 7 Case |
| Debtor. | |
| _____/ | |

**NOTICE OF ISSUANCE OF AMENDED RULE 2004 SUBPOENA**
**FOR PRODUCTION OF DOCUMENTS TO GOOGLE, LLC**

Sigmund Solares and Larry Hyman, as Chapter 7 Trustee, by and through their undersigned counsel, and pursuant to Local Rule 2004-1(f) and Fed.R.Civ.P. 45, hereby gives notice of issuance of the attached Second Amended Subpoena to Google, LLC.

| | |
|---|---|
| **SHUMAKER, LOOP & KENDRICK, LLP** | **FOX ROTHSCHILD LLP** |
| *Counsel for Sigmund Solares* | *Counsel to the Ch. 7 Trustee* |
| 101 E. Kennedy Blvd., Suite 2800 | One Biscayne Tower |
| Tampa, Florida 33602 | 2 S. Biscayne Blvd., Suite 2750 |
| Phone (813) 229-7600 | Miami, FL 33131 |
| Facsimile (813) 229-1660 | Phone: (305) 442-6543 |
| | Facsimile: (305) 442-6541 |
| BY: /s/ *Seth P. Traub* | |
| **STEVEN M. BERMAN** | By: /s/ *Robert F. Elgidely* |
| Florida Bar No.: 856290 | **ROBERT F. ELGIDELY** |
| E-Mail: sberman@shumaker.com | Florida Bar No. 111856 |
| **SETH P. TRAUB** | E-Mail: |
| Florida Bar No.: 022088 | relgidely@foxrothschild.com |
| E-Mail: straub@shumaker.com | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 26, 2020, a true and correct copy of the foregoing was served to all counsel of record via CM/ECF service.

/s/ Seth P. Traub
Seth P. Traub
