| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:19-bk-08638-CPM<br>Middle District of Florida<br>Tampa<br>Thu Sep  3 13:57:44 EDT 2020 | Terrence G Banich<br>321 N. Clark Street<br>Suite 1600<br>Chicago, IL 60654-4614 | Ashley L.F. Barriere<br>Huber Thomas & Marcelle<br>1100 Paydras Street, Suite 2200<br>New Orleans, LA 70163-1123 |
| DNC Holdings, Inc.<br>3409 16th Street<br>Metairie, LA 70002-3495 | Vernon Decossas<br>4200 George Bean Parkway Suite 2502<br>Tampa, FL 33607-1487 | George G Faia<br>c/o Kevin P. McCoy<br>Carlton Fields, PA<br>4221 W. Boy Scout Blvd., Suite 1000<br>Tampa, FL 33607-5780 |
| Gregory G. Faia<br>c/o Michael W. Magner<br>Jones Walker<br>201 St. Charles Avenue, Ste. 5100<br>New Orleans, LA 70170-5101 | Ryan K French<br>Taylor, Porter, Brooks & Phillips, LLP<br>450 Laurel Street, 8th Floor<br>P. O. Box 2471<br>Baton Rouge, LA 70821-2471 | Jeffrey M Gabriel<br>Saw.com<br>37 South Street<br>Northborough, MA 01532-2603 |
| Michael Gardner<br>113 18th Street<br>Belleair Beach, FL 33786-3313 | Andrew R. Lee<br>Jones Walker<br>201 St. Charles Ave.<br>51st Floor<br>New Orleans, LA 70170-5100 | Jacques C Mestayer<br>Huber Thomas & Marcelle<br>1100 Poydras Street, Suite 2200<br>New Orleans, LA 70163-1123 |
| Thomas E. Schafer, III<br>328 Lafayette Street<br>New Orleans, LA 70130-3244 | Donald Simonton<br>Shumaker, Loop & Kendrick, LLP<br>c/o Steven M. Berman, Esq.<br>101 E. Kennedy Boulevard<br>Suite 2800<br>Tampa, FL 33602-5153 | Sigmund Solares<br>Shumaker, Loop & Kendrick, LLP<br>c/o Seth Traub<br>101 E. Kennedy Blvd., Ste. 2800<br>Tampa, FL 33602-5153 |
| The Producers, Inc.<br>c/o Michael Gardner<br>113 18th Street<br>Belleair Beach, FL 33786-3313 | Candide Finanz GmbH<br>Alte Wollerauerstrasse 53<br>CH-8832 Wollerau<br>Switzerland | Deloitte AG<br>General Guissan-Qual 38<br>Postfach 2232<br>CH-8022 Zurich<br>Switzerland |
| Deloitte Tax LLP<br>333 SE 2nd Avenue #3600<br>Miami, FL 33131-2205 | Deloitte Tax LLP<br>701 Poydras Street #4200<br>New Orleans, LA 70139-7760 | Domain Apps, LLC<br>3409 16th Street<br>Metairie, LA 70002-3495 |
| Donald Simonton -<br>Shumaker, Loop & Kendrick, LLP<br>c/o Steven M. Berman, Esq.<br>101 E. Kennedy Bouelvard<br>Suite 2800<br>Tampa, FL 33602-5153 | Faia Development Group, LLC<br>c/o WJ Leblanc<br>485 Fairfield Ave.<br>Gretna, LA 70056-7033 | Faia Investments LLC<br>3409 16th Street<br>Metairie, LA 70002-3495 |
| Faia and Associates, LLC<br>c/o David S. Daly, Esq.<br>Frilot LLC<br>1100 Poydras Street #3700<br>New Orleans, LA 70163-3600 | Grant Thornton Consulting AG<br>Im Tiergarten 7<br>CH-8055 Zurich<br>Switzerland | Gregory Faia<br>c/o David S. Daly, Esq.<br>Frilot LLC<br>1100 Poydras Street #3700<br>New Orleans, LA 70163-3600 |
| Hawthorne Waymouth & Carroll<br>509 W Morris Ave<br>Hammond, LA 70403-4023 | Hunt Telecommunications, Inc<br>509 W Morris Ave<br>Hammond, LA 70403-4023 | Keypath, LLC<br>4200 George J Bean Pkwy #250<br>Tampa, FL 33607-1486 |

| | | |
|---|---|---|
| Maples & Calder<br>PO Box 309, Ugland House<br>Grand Cayman, KY1-1104<br>Cayman Islands | Michael Gardner -<br>c/o Herbert R. Donica<br>238 East Davis Blvd.<br>Suite 209<br>Tampa, FL 33606-3756 | Scott P. Yount<br>Garrison Yount Forte & Mulcahy, LLC<br>601 Bayshore Blvd., Ste. 800<br>Tampa, FL 33606-2760 |
| Sigmund Solares<br>c/o Stephen Huber, Esq<br>1100 Poydras Street #2200<br>New Orleans, LA 70163-1123 | Sigmund Solares -<br>c/o Steven M Berman, Esq.<br>Shumaker, Loop & Kendrick, LLP<br>101 E. Kennedy Blvd., Suite 2800<br>Tampa, FL 33602-5153 | Verizon Wireless<br>1095 Avenue of the Americas<br>New York, NY 10036-6704 |
| Vernon Decossas<br>4200 George Bean Pkwy #2502<br>Tampa, FL 33607-1487 | Larry S. Hyman +<br>PO Box 18625<br>Tampa, FL 33679-8625 | Steven M Berman +<br>Shumaker, Loop & Kendrick, LLP<br>101 E. Kennedy Blvd., Suite 2800<br>Tampa, FL 33602-5153 |
| Alberto F Gomez Jr. +<br>Johnson Pope Bokor Ruppel & Burns, LLP<br>401 East Jackson Street, Suite 3100<br>Tampa, FL 33602-5228 | Donald R Kirk +<br>Carlton Fields, P.A.<br>PO Box 3239<br>4221 W. Boy Scout Blvd., #1000 (33602)<br>Tampa, FL 33607-5743 | Herbert R Donica +<br>Donica Law Firm P.A.<br>238 East Davis Boulevard, Suite 209<br>Tampa, FL 33606-3756 |
| United States Trustee - TPA7/13 +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Robert F Elgidely +<br>Fox Rothschild LLP<br>2 South Biscayne Boulevard, Suite 2750<br>Miami, FL 33131-1833 | Seth P. Traub +<br>Shumaker Loop & Kendrick, LLP<br>101 East Kennedy Boulevard<br>Suite 2800<br>Tampa, FL 33602-5153 |
| Scott P Yount +<br>Garrison Yount Forte & Mulcahy LLC<br>423 S Hyde Park Avenue<br>Tampa, FL 33606-2268 | Daniel R Fogarty +<br>Stichter, Riedel, Blain & Postler, P.A.<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602-4718 | Heather L Ries +<br>Fox Rothschild LLP<br>777 South Flagler Drive, Suite 1700<br>West Palm Beach, FL 33401-6159 |
| Scott A Underwood +<br>Underwood Murray, P.A.<br>100 North Tampa St, Suite 2325<br>Tampa, FL 33602-5842 | Kevin P McCoy +<br>Carlton Fields Jorden Burt<br>4221 West Boy Scourt Boulevard<br>Suite 1000<br>Tampa, FL 33607-5780 | John R Yant +<br>Carlton Fields Jorden Burt, P.A.<br>4221 West Boyscout Boulevard, Suite 1000<br>Post Office Box 3239 (33601)<br>Tampa, FL 33601-3239 |
| Stephen M Huber +<br>Huber Thomas & Marcelle<br>1100 Poydras Street, Suite 2200<br>New Orleans, LA 70163-1123 | Logan E Schonekas +<br>Huber Thomas & Marcelle<br>1100 Paydras Street, Suite 2200<br>New Orleans, LA 70163-1123 | Jean-Paul Layrisson +<br>Scandurro and Layrisson, LLC<br>607 St. Charles Avenue<br>New Orleans, LA 70130-3444 |
| Brian R Anderson +<br>Fox Rothschild LLP<br>300 North Greene Street, Suite 1400<br>Greensboro, NC 27401-2171 | Adam M Gilbert +<br>Underwood Murray, P.A.<br>100 North Tampa Street, Suite 2325<br>Tampa, FL 33602-5842 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ads Squared, LLC | (u)Domain Apps, LLC | (u)Faia & Associates, LLC |
| (u)Faia Development Group, LLC | (u)Law Office of David I. Courcelle, LLC | (u)Catherine Peek McEwen<br>Tampa |
| (u)Voodoo.com LLC | (d)DNC Holdings, Inc. -<br>3409 16th Street<br>Metairie, LA 70002-3495 | (d)Domain Apps, LLC<br>3409 16th Street<br>Metairie, LA 70002-3495 |

(u)Note: Entries with a '+' at the end of the name have an email address on file in CMECF
--------------------------------------------
Note: Entries with a '-' at the end of the name have filed a claim in this case

End of Label Matrix
Mailable recipients   55
Bypassed recipients   10
Total                 65