**EXHIBIT "1"**
**Summary of Professional and Paraprofessional Time**

In re:  THE PRODUCERS, INC.; Case No. 8:19-bk-08638-CPM
Special Counsel for Larry S. Hyman, Chapter 7 Trustee
Period:  February 5, 2020 through September 30, 2020

| **Attorneys** | **Hours** | **Amount** |
|---|---|---|
| R. F. Elgidely | 307.5 ($550/hour)[1] | $169,125.00 |
|  | 154.9 ($525/hour) | $81,322.50 |
| T.G. Banich | 66.4 ($540/hour) | $35,856.00 |
| H. Ries | 3.5 ($510/hour) | $1,785.00 |
| B.R. Anderson | 3.7 ($420/hour) | $1,554.00 |
| W.S. Mason | 99.8 ($455/hour) | $45,409.00 |
|  | 635.8 hours | $335,051.50 |

| **Paralegals** | **Hours** | **Amount** |
|---|---|---|
| Robin Solomon | 29.5 ($205/hour) | $6,047.50 |
| Marcia Steen | 0.7 ($360/hour) | $252.00 |
|  | 30.2 hours | $6,299.50 |

| **E-Discovery** | | |
|---|---|---|
| T. Chow | 0.4 ($235/hour) | $94.00 |
| R. Conkling | 0.6 ($250/hour) | $150.00 |
| J. Davis | 11.0 ($260/hour) | $2,860.00 |
| J. Davis | 19.5 ($250/hour) | $4,875.00 |
| B. Obert | 1.4 ($260/hour) | $364.00 |
| S. Overby | 1.1 ($260/hour) | $286.00 |
| K. Patel | 6.5 ($275/hour) | $1787.50 |
| C. Yi | 1.4 ($250/hour) | $350.00 |
|  | 41.9 hours | $10,766.50 |

| | |
|---|---|
| ATTORNEYS | $335,051.50 |
| PARALEGALS | $   6,299.50 |
| E-DISCOVERY | $ 10,766.50 |

---

[1] Higher rate reflects annual rate increase on June 1st of each year.

115394949.v1

**EXHIBIT "2"**
**Summary of Expenses and Disbursements**

In re: THE PRODUCERS, INC.; Case No. 8:19-bk-08638-CPM
Special Counsel for Larry S. Hyman Chapter 7 Trustee
Period: February 5, 2020 through September 30, 2020

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|---|---:|
| COURT FILINGS | $242.25 |
| DEPOSITION/TRANSCRIPT | $58.00 |
| DUES/ MEMBERSHIPS | $300.00 |
| E-DISCOVERY COSTS | $6,460.96 |
| HOTEL - OUT-OF-TOWN TRAVEL EXPENSE | $483.00 |
| MESSENGER SERVICE/FEDERAL EXPRESS | $11.23 |
| OUTSIDE VENDOR COPIES | $144.88 |
| PHOTOCOPYING | $544.40 |
| POSTAGE CHARGES | $269.45 |
| TAXI/UBER - OUT-OF-TOWN TRAVEL EXPENSE | $100.27 |
| TELEPHONIC COURT HEARING | $558.00 |
| WESTLAW, RESEARCH | $58.49 |
| TOTAL EXPENSES | $9,230.93 |

115394949.v1