**AMENDED EXHIBIT "2"**
**Summary of Expenses and Disbursements**

In re: THE PRODUCERS, INC.; Case No. 8:19-bk-08638-CPM
Special Counsel for Larry S. Hyman Chapter 7 Trustee
Period: February 5, 2020 through September 30, 2020

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|---|---:|
| COURT FILINGS | $242.25 |
| DEPOSITION/TRANSCRIPT | $58.00 |
| DUES/ MEMBERSHIPS | $300.00 |
| E-DISCOVERY COSTS | $6,460.96 |
| HOTEL - OUT-OF-TOWN TRAVEL EXPENSE | $1,191.75 |
| MESSENGER SERVICE/FEDERAL EXPRESS | $11.23 |
| OUTSIDE VENDOR COPIES/MAILINGS | $717.92 |
| PHOTOCOPYING | $544.40 |
| POSTAGE CHARGES | $269.45 |
| TAXI/UBER - OUT-OF-TOWN TRAVEL EXPENSE | $100.27 |
| MEALS – OUT-OF-TOWN TRAVEL EXPENSE | $139.34 |
| TELEPHONIC COURT HEARING | $558.00 |
| WESTLAW, RESEARCH | $58.49 |

**TOTAL EXPENSES**                                         **$10,652.06**