UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                      CASE NO. 8:19-bk-08638-CPM

THE PRODUCERS, INC.,                        CHAPTER 7

      Debtor.
_____/

AGREED MOTION TO
EXTEND DEADLINES AND CONTINUE NOVEMBER 30, 2020 HEARINGS

Gregory Faia, Vernon Decossas, DNC Holdings, Inc., Domain Apps, LLC, Faia and Associates, LLC, Faia Development Group, LLC, and ADS Squared, LLC ("**Movants**"), hereby file this Agreed Motion to Extend Deadlines and Continue November 30, 2020 Hearings ("**Agreed Motion**") and in furtherance thereof state:

1. On October 15 & 16, 2020, Movants, Sigmund Solares, Michael Gardner, (collectively the "**Parties**") and Larry Hyman as the Chapter 7 Trustee (the "**Trustee**") participated in a mediation with John W. Perry to attempt to resolve outstanding issues in this proceeding. To assist with this process, Mr. Perry suggested a two-week halt to filings, to which the Parties agreed.

2. Accordingly, on October 20, 2020, the Parties filed their Agreed Motion to Reschedule October 22, 2020 Hearing on Motion to Convert Case to Chapter 11 ("**Agreed Motion to Reschedule**") (Doc. No. 508) and on October 24, 2020 Movants filed their Agreed Motion to Modify Briefing Schedule Regarding Emergency Motion to Compel Additional 2004 Examination Testimony of Michael Gardner ("**Motion to Modify Briefing Schedule**") (Doc. No. 513).

3. The Court granted both the Agreed Motion to Reschedule and Motion to Modify Briefing Schedule[1], and established November 9, 2020 as the deadline for

---

[1] *See* Doc. Nos. 511, 515.

    a. Movants' response to the Motion to Convert Chapter 7 Case to a Case Under Chapter 11 (the "**Response**") and;

    b. Supplemental briefing in connection with the Emergency Motion to Compel Additional 2004 Testimony of Michael Gardner (the "**Supplemental Briefing**").

4. Discussions between the Parties continued during the two-week armistice and the Parties and the Trustee filed their Amended Agreed Motion to Extend Deadlines and Continue November 16, 2020 Hearings ("**Motion to Continue Nov. 16 Hearing**") (Doc. No. 520). On November 18, 2020 the Court docketed its Order Granting Amended Agreed Motion to Extend Deadlines and Continue Nov. 16, 2020 Hearing ("**Order Continuing Nov. 16 Hearing**") (Doc No. 522). The Order Continuing Nov. 16 Hearing continued all matters set for hearing on November 16, 2020 to November 30, 2020. (Doc. No. 522).

5. Since entry of the Order Continuing Nov. 16 Hearing, discussions between the Parties and the Trustee have continued and certain key terms were agreed upon that support the reality that documenting a final binding agreement can now progress.

6. Therefore, to allow the Parties to continue to focus on reaching a resolution, the Parties request the Court enter an order continuing the hearings scheduled for November 30, 2020 including, but not limited to, those on the Motion to Convert Chapter 7 Case to a Case Under Chapter 7 (Doc. No. 459), Emergency Motion to Compel Additional 2004 Examination of Michael Gardner (Doc. No. 465), Motion to File Paper Under Seal (Doc. No. 470), Addendum to Motion to File Paper Under Seal (Doc No. 471) and Motion to Compel Production and Discovery Responses (Doc. No. 488) (together, the "**Hearing**"), to December 16, 2020 and establishing the following schedule with respect to several upcoming filing deadlines (the "**Schedule**"):

    a. Setting December 9, 2020 as Movants' deadline to file the Response;

b. Setting December 9, 2020 as the deadline to file the Supplemental Briefing;

c. Setting December 9, 2020 as the deadline for any party in interest to file a response to Sigmund Solares and Michael Gardner's Objection to DNC Holdings, Inc. Proof of Claim No. 2 Based on Promissory Note ("**Claim Objection**") (Doc. No. 490).

7. Movants do not seek a further continuance deadline to file a response to the First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses to Robert F. Elgidely, Esq. and the Law Firm of Fox Rothschild LLP as Special Counsel to Chapter 7 Trustee, Larry S. Hyman ("**Interim Fee App**") (Doc. No. 512) based on the understanding that counsel for the Trustee does not oppose Movants reserving all arguments and objections for consideration, without waiver, upon the filing of a final application for compensation by counsel for the Trustee.

8. Undersigned counsel certifies that he has conferred with counsel for Solares, Gardner, and the Trustee who each agree to the relief requested herein.

WHEREFORE, Movants respectfully request that the Court grant their Agreed Motion, enter an order continuing the Hearing to December 16, 2020 at 9:00 a.m, setting the deadlines outlined in the Schedule, and grant all such further relief the Court deems to be just and proper.

Dated: November 25, 2020                             Respectfully submitted,

| **JONES WALKER LLP** | **TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.** |
|---|---|
| /s/ Michael W. Magner | /s/ Ryan K. French |
| Michael W. Magner | Ryan K. French, Bar # 34555 |
| Louisiana Bar Roll No. 01206, *pro hac vice* | 450 Laurel Street, 8th Floor (70801) |
| 201 St. Charles Avenue, Suite 5100 | P. O. Box 2471 |
| New Orleans, LA 70170 | Baton Rouge, LA 70821 |
| Tel: (504) 582-8316 | Tel: (225) 381-0262 |
| Fax: (504) 589-8316 | Fax: (225) 215-8741 |
| Email: mmagner@joneswalker.com | Email: ryan.french@taylorporter.com |

| | |
|---|---|
| *Attorneys for Faia Development Group, LLC; Faia & Associates, LLC; and Gregory G. Faia* | *Attorneys for Creditor DNC Holdings, Inc., Domain Apps, LLC, Ads Squared, LLC, and Vernon Decossas* |
| **UNDERWOOD MURRAY P.A.**<br><br>/s/ Scott A. Underwood<br>Scott A. Underwood (FBN 0730041)<br>100 North Tampa Street, Suite 2325<br>Tampa, FL 33602<br>Tel: (813) 540-8402 / Cell: (813) 992-8148<br>Fax: (813) 553-5345<br>Email: sunderwood@underwoodmurray.com<br><br>*Attorneys for Creditor DNC Holdings, Inc., Domain Apps, LLC, Ads Squared, LLC and Vernon Decossas* | **CARLTON FIELDS, P.A.**<br><br>/s/ Donald R. Kirk<br>Donald R. Kirk (FBN 0105767)<br>Kevin P. McCoy (FBN 36225)<br>P.O. Box 3239<br>Tampa, FL  33601-3239<br>Tel: (813) 223-7000<br>Fax: (813) 229-4133<br>E-mail: dkirk@carltonfields.com<br>E-mail: kmccoy@carltonfields.com<br><br>*Attorneys for Faia Development Group, LLC; Faia & Associates, LLC; and Gregory G. Faia* |

## **FILER'S ATTESTATION**

Pursuant to Local Rule 1001-2(g)(3) regarding signatures, Scott A. Underwood attests the concurrence in the filing of this paper has been obtained.

>                        */s/ Scott A. Underwood*
>                        Scott A. Underwood

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically through the Court's CM/ECF system on November 25, 2020, which provides notice to all counsel of record by electronic means.

*/s/ Scott A. Underwood*
Scott A. Underwood
